1  MICAH NASH (SBN 246319)
   mnash@delawllp.com
2  DELAHUNTY & EDELMAN LLP
   4 Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Tel:    (415) 891-6210
4  Fax:    (415) 891-6256

5  WILLIAM H. MANDIR (admitted *pro hac vice*)
   wmandir@sughrue.com
6  PETER PARK (admitted *pro hac vice*)
   ppark@sughrue.com
7  SUGHRUE MION PLLC
   2000 Pennsylvania Avenue, NW
8  Washington, DC 20006
   Tel:    (202) 293-7060
9  Fax:    (202) 293-7860

10 *Attorneys for Defendant*
   *AXXONSOFT US, INC.*

11
12                          **UNITED STATES DISTRICT COURT**
13                          **NORTHERN DISTRICT OF CALIFORNIA**
14                                  **OAKLAND DIVISION**

15
16 | KEPHART CONSULTING, LLC, | Case No. 24-cv-06770-KAW |
17 | Plaintiff, | *Honorable Kandis A. Westmore* |
18 | v. | **[PROPOSED] ORDER GRANTING DEFENDANT AXXONSOFT US, INC.'S RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
19 | AXXONSOFT US, INC., | |
20 | Defendant. | |
21 | | **HEARING DATE: MAY 1, 2025** |
   | | **HEARING TIME: 1:30 PM** |
22
23 | | **JURY TRIAL DEMANDED** |

24
25
26
27
28

Now before the Court is Defendant Axxonsoft US, Inc.'s ("Axxonsoft") Motion to Dismiss Plaintiff Kephart Consulting, LLC's complaint on the grounds that the Complaint fails to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having reviewed and considered Axxonsoft's Motion and all additional briefing, argument, and evidence received by the Court, the Court finds that Plaintiff has failed to state a claim upon which relief can be granted. Accordingly, Axxonsoft's Motion shall be, and hereby is, **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED:

HON. KANDIS A. WESTMORE