# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

KEPHART CONSULTING, LLC,

       Plaintiff,

v.

AXXONSOFT US, INC.,

       Defendant.

Case No.: 4:24-cv-06770-KAW

**[PROPOSED] ORDER ON AXXONSOFT US, INC.'S MOTION TO DISMISS**

**HEARING DATE: MAY 1, 2025
HEARING TIME: 1:30 PM**

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER on DEFENDANT AXXONSOFT US, INC.'S MOTION TO DISMISS**

The Court, having reviewed Defendant AxxonSoft US, Inc.'s Motion to Dismiss, Plaintiff's response, and all other evidence of record, is of the OPINION it should be DENIED. Accordingly, it is ORDERED that Defendant's Motion is DENIED.

IT IS SO ORDERED:

_____

Date

_____

Judge Presiding